**Opinion issued February 21, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

——————————

**NO. 01-12-01067-CV**

——————————

**STEPHEN E. TANNER, Appellant**

**V.**

**MICHAEL G. MCCARTHY, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68657**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. No opinion

has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.